In Middle TN Federal District Court
Nashville, Tennessee
United States of America

Case # 03:20-cv-0397

Robert B. Phillips
Attorney General Barr

RECEIVED
in Clerk's Office
MAY 28 2020
U.S. District Court
Middle District of TN

Case to be sealed request

Whereas Article II Section 2, "grant Reprieves and Pardons" section of The Constitution of The United States statement permits The President to grant Reprieves and Pardons,

Whereas the personal well being of all parties mentioned may be at high risk of injury if this case goes Public (in press),

~~May this filing this case be sealed~~ RBP

May this filing and this case be sealed as well as US marshall protection afforded to all parties if this case becomes public (through the press or ~~all~~ other means).

Robert B. Phillips
410 Brentwood Place
Nashville, TN 37211
USA
May 28th, 11:49pm Central